1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Ste. 112
Fresno, California 93720
3  Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5  Attorney for Defendant, ROBERT CROOKS

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO.  6:07-mj-00010-WMW
                                       )
11              Plaintiff              )    WAIVER OF DEFENDANT'S
                                       )    PERSONAL APPEARANCE
12  vs                                 )
                                       )
13  ROBERT CROOKS,                     )
                                       )
14              Defendant.             )
    _____   )
15

16  TO THE ABOVE-ENTITLED COURT:

17        The Defendant ROBERT CROOKS, having been advised of his right to be present at all

18  stages of proceedings, including, but not limited to, presentation of and arguments on questions

19  of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

20  right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

21  hearings concerning which the defendant waives the right to be present include when the case is

22  set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

23  during a plea or change of plea, during sentencing or any case disposition, when a motion for

24  reduction of bail or for a personal recognizance release is heard.

25        The undersigned Defendant requests the Court to proceed during every absence of the

26  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interests

27  is represented at all times by the presence of his attorney the same as if the Defendant were

28  personally present in court, and further agrees that notice to Defendant's attorney that

1   Defendant's presence in court on a particular day at a particular time is required is notice to the

2   Defendant of the requirement of Defendant's appearance at that time and place.

3

4    Dated: January 14, 2007

                                                    By: ___/S/ Robert Crooks_____
5                                                         ROBERT CROOKS

6   Dated: January 16, 2007

7                                                   By: ___/S/ Carol Ann Moses_____
                                                         CAROL ANN MOSES
8                                                        Attorney for Defendant
                                                         ROBERT CROOKS
9   Dated: _____

10                                                  By: _____
                                                         WILLIAM M. WUNDERLICH
11                                                       U.S. MAGISTRATE COURT JUDGE

    IT IS SO ORDERED.
12
    Dated: ___February 5, 2007___                          ___/s/  William M. Wunderlich___
13  mmkd34                                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE